HONORABLE ROBERT S. LASNIK

Thomas P. McCurdy WSBA. 41568
Law Office of Elizabeth G. Smith
200 W Mercer Street, Suite E503
Seattle, WA 98119
(206) 403-4801 (Phone)
(877) 338-4416 (Fax)
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHELSEA HANSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE GENERAL INSURANCE COMPANY,<br><br>Defendant. | NO. 2:24-cv-02076-RSL<br><br>**STIPULATION AND PROPOSED ORDER TO AMEND CAPTION** |

The parties to the within action, by and through their undersigned counsel, hereby **STIPULATE** and **AGREE** as follows:

1. Plaintiff Chelsea Hanson's applicable policy no. PX00124828-05 and policy no. PA00124746-05 are underwritten by Crestbrook Insurance Company not Nationwide General Insurance Company.

2. Nationwide General Insurance Company was improperly named as defendant in the state court cause no. 24-2-26885-5 SEA, King County Superior Court of Washington.

| | |
|---|---|
| **STIPULATION AND ORDER TO AMEND CAPTION**<br>NO. 2:24-cv-02076-RSL | **LAW OFFICE OF ELIZABETH G. SMITH**<br>200 W Mercer Street, Suite E503<br>Seattle, WA 98119<br>(206) 403-4800 |

3.  The parties agree that the caption and Complaint in this case should be amended to correct the name of Defendant to Crestbrook Insurance Company.

4.  The parties agree that all references to "Nationwide General Insurance Company" in the caption of this matter and Plaintiff's Complaint should be amended to refer to Defendant, Crestbrook Insurance Company.

5.  The parties agree and request the Court Order the caption be amended, and further request the Court direct the Clerk to amend the caption as reflected in **Exhibit A,** attached hereto.

Presented by:

Dated this 22nd January 2025.

By: */s/ Joel D. Sturm*
Joel D. Sturm, WSBA# 48196
Joel D. Sturm
Thuemmel Uhle & Eder
278 SW Arthur St
Portland, OR 97201
joel@tue-law.com
Phone: (503) 227-4601
Fax: (503) 243-3274
*Attorneys for Plaintiff Chelsea Hanson*

Dated this 22nd January 2025.

By: */s/ Thomas P. McCurdy*
Thomas P. McCurdy, WSBA#41568
Law Office of Elizabeth G. Smith
200 W Mercer Street, Suite E503
Seattle, WA 98119
Phone: (206) 403-4801
Fax: (877) 338-4416
MCCURT1@nationwide.com
*Attorney for Defendant Crestbrook Insurance Company (incorrectly identified as "Nationwide General Insurance Company")*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The caption in this proceeding shall be changed to identify Defendant as Crestbrook Insurance Company. The Clerk is directed to amend the caption accordingly.

Dated this 24th day of January 2025.

_____
Hon. Judge Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO AMEND CAPTION**
NO. 2:24-cv-02076-RSL

LAW OFFICE OF ELIZABETH G. SMITH
200 W Mercer Street, Suite E503
Seattle, WA 98119
(206) 403-4800

# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHELSEA HANSON, an individual, | NO. 2:24-cv-02076-RSL |
| Plaintiff, | **AMENDED CAPTION** |
| v. | |
| CRESTBROOK INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| **STIPULATION AND ORDER TO AMEND CAPTION**<br>NO. 2:24-cv-02076-RSL | **LAW OFFICE OF ELIZABETH G. SMITH**<br>200 W Mercer Street, Suite E503<br>Seattle, WA 98119<br>(206) 403-4800 |